UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC ANDFREW PEREZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>OXFORD UNIVERSITY, ET AL,<br><br>　　　　　　　　　Defendant. | 22-CV-7830(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 24, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:　October 24, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge